UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RANDALL CARLISLE ENTERPRISES, LLC | CIVIL ACTION NO. 15-cv-2130 |
| VERSUS | JUDGE FOOTE |
| MAXUM INDEMNITY CO., ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Amend Complaint (Doc. 27) is granted and Bryan & Scriber's Motion to Strike (Doc. 35) is denied.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Doc. 21) is granted and this case is remanded to the Second Judicial District Court, Claiborne Parish, Louisiana, where it is pending as Suit No. 40539.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _24th_ day of August, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE